SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-0721
    Facsimile:  (213) 894-0141
    E-mail:     John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

CV17- 8797 FMO (PJW)

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF<br><br>BANI SOLORZANO<br><br>A Fugitive from the Government of Canada. | No. MJ 17-3023<br><br>REQUEST FOR EXTRADITION<br><br>[18 U.S.C. § 3184]<br><br>Hearing Date: January 23, 2018<br>Hearing Time: 2:00 p.m.<br>Location:     Courtroom of the Honorable Patrick J. Walsh |
|---|---|

    The United States, acting in accordance with the Treaty obligations to the Government of the Republic of Costa Rica, hereby files the Request for the Extradition of BANI SOLORZANO ("SOLORZANO"), along with the formal papers (with seals and ribbons) supporting this Request, as required by the Treaty on Extradition Between the United States of America and Canada, U.S.-Can., Dec. 3, 1971, 27 U.S.T. 983; Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 11, 1988, S. Treaty Doc. No. 101-17 (1990); and Second Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 12, 2001, S. Treaty Doc. No. 107-11 (2002).  Attached

to the Complaint filed on October 26, 2017, is the diplomatic note formally requesting the extradition (Exhibit 1; yellow ribbon) and the documentary evidence accompanying the Request for Extradition (Exhibit 2; red ribbon), received by the United States from the Government of Canada (Docket No. 1).[1] Based on these documents, the United States, in fulfilling its treaty obligations to the Government of Canada, requests that SOLORZANO be certified as extraditable pursuant to Title 18, United States Code, Section 3184 and the Treaty on Extradition between Canada and the United States of America.

The fugitive, SOLORZANO, was arrested pursuant to an arrest warrant issued on October 26, 2017, by United States Magistrate Judge Jean P. Rosenbluth, and came before the Court for an initial appearance on October 27, 2017, before Chief United States Magistrate Patrick J. Walsh in Case No. 17-2667 M.

Under the procedures of this Court, this extradition matter should be assigned a new civil docketing number and a United States

\\
\\
\\
\\
\\
\\
\\
\\
\\

---

[1] The government filed a redacted version and an amended redacted version of the Complaint and its accompanying exhibits on November 7, 2017 (Docket No. 13.) and November 28, 2017 (Docket No. 21).

District Judge, with the existing United States Magistrate Judge (in this case Chief Magistrate Judge Walsh) for further extradition proceedings.

Dated: November 29, 2017

Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

/s John J. Lulejian
JOHN J. LULEJIAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA