```
 1  SANDRA R. BROWN
    Acting United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    JOHN J. LULEJIAN (Cal. Bar No. 186783)
 4  Assistant United States Attorney
         1200 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California 90012
 6       Telephone:   (213) 894-0721
         Facsimile:   (213) 894-0141
 7       E-mail:      John.Lulejian@usdoj.gov
 8  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
```

CV17- 8797 FMO (PJW)

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF | No. MJ 17-3023 |
|---|---|
| BANI SOLORZANO | NOTICE TO CONSOLIDATE |
| A Fugitive from the Government of Canada. | [18 U.S.C. § 3184] |

Complainant, United States of America, hereby gives notice that the civil filing in this case, being made today, should be consolidated with the criminal filings previously made in the matter styled "IN THE MATTER OF THE EXTRADITION OF BANI SOLORZANO, A Fugitive from the Government of Canada," No. 17-2667 M.

Dated: November 29, 2017        Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


/s John J. Lulejian
JOHN J. LULEJIAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA