# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> PLAINTIFF(S) <br><br> v. <br><br> BANI SOLORZANO <br><br> DEFENDANT(S) | CASE NUMBER: <br><br> 2:17–cv–08797–FMO–PJW <br><br><br> **NOTICE OF JUDGE ASSIGNMENT AND REFERENCE TO A UNITED STATES MAGISTRATE JUDGE (EXTRADITION CASE)** |

This case has been assigned to the calendar of the Honorable __Fernando M. Olguin__, U. S. District Judge, and referred to __U.S. Magistrate Judge Patrick J. Walsh__ for decision pursuant to 18 U.S.C. Section 3184 and General Order 05-07 of the United States District Court for the Central District of California.

Pursuant to Local Rule 5-4.1, all subsequent documents in this case must be filed electronically, unless exempted by Local Rule 5-4.2. Documents exempt from electronic filing pursuant to Local Rule 5-4.2(b), or presented by filers exempt from electronic filing pursuant to Local Rule 5-4.2(a), must be filed with the Clerk in paper at the following location:

Western Division
312 N. Spring Street, G–8
Los Angeles, CA 90012


                                                           Clerk, U.S. District Court

__November 29, 2017__                 By __/s/ *Geneva Hunt*__
Date                                                  Deputy Clerk