1  HILARY POTASHNER (Bar No. 167060)
   Federal Public Defender
2  ANDRE J. TOWNSEND (Bar No. 310684)
   Deputy Federal Public Defender
3  (E-Mail: Andre_Townsend@fd.org)
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone:  (213) 894-1730
5  Facsimile:  (213) 894-0081

6  Attorneys for Defendant
   BANI SOLORZANO
7

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10                 WESTERN DIVISION

11

12 IN THE MATTER OF THE            No. 2:17-cv-8797-FMO
   EXTRADITION OF
13                                 STIPULATION TO SCHEDULE
   BANI SOLORZANO,                 EXTRADITION HEARING AND SET
14                                 BRIEFING SCHEDULE

15 A fugitive from the Government of
   Canada.
16

17

18       Plaintiff United States of America, by and through its counsel of record, the

19 United States Attorney's Office for the Central District of California and Assistant

20 United States Attorney John J. Lulejian, and Relator, BANI SOLORZANO

21 ("SOLORZANO"), by and through his counsel of record, Deputy Federal Public

22 Defender Andre J. Townsend, respectfully request this Court to continue the extradition

23 hearing from January 23, 2018 at 2:00 p.m. to February 20, 2018, at 2:00 p.m. The

24 parties further request this Court to set the following briefing schedule:

25 //

26 //

27

28

1.   Mr. SOLORZANO SHALL file his opposition to the Government's Request for Extradition on or before <u>January 30, 2018</u>; and

2.   The government SHALL file its Reply Memorandum on or before <u>February 13, 2018</u>.

This request is supported by the following reasons:

3.   Between November 1, 2017 and November 29, 2017, defense counsel prepared for the trial of *United States v. Briano*, 15-85-SVW, a mandatory minimum drug and firearm case, which concluded on November 29, 2017.

4.   Between December 13, 2017 and January 3, 2017, defense counsel engaged in post-conviction motion practice for the case of United States v. Briano. The motions hearing is currently scheduled for January 22, 2017.

5.   Between December 13, 2017 and December 19, 2017, defense counsel prepared to represent Mr. Edwin Quale in the trial of *United States v. Quale*, CVB No. CC11: 6435503, 6535504, 6770911, 677912, 6770913, which commenced and concluded on December 19, 2017.

6.   Defense counsel needs additional time to prepare his appeal of the Court's November 6, 2017, decision to detain him pending extradition.

**7.**      And defense counsel needs additional time to prepare his response to the government's memorandum in support of extradition.

IT IS SO STIPULATED

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED:  January 12, 2018          By  */s/ Andre J. Townsend*
                                       ANDRE J. TOWNSEND
                                       Deputy Federal Public Defender

SANDRA R. BROWN
Acting United States Attorney

DATED:  January 12, 2018          By  */s/ John J. Lulejian (e-mail authorization)*
                                       John J. Lulejian
                                       Assistant United States Attorney