HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
ANDRE J. TOWNSEND (Bar No. 310684)
Deputy Federal Public Defender
(E-Mail: Andre_Townsend@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1730
Facsimile: (213) 894-0081

Attorneys for Defendant
BANI SOLORZANO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>BANI SOLORZANO,<br><br>A fugitive from the Government of Canada. | No. 2:17-cv-8797-FMO<br><br>[PROPOSED] ORDER SCHEDULING EXTRADITION HEARING AND SETTING BRIEFING SCHEDULE |

HAVING CONSIDERED THE PARTIES' STIPULATION AND FOR GOOD CAUSE SHOWN, the Court hereby ORDERS as follows:

1. The Extradition Hearing SHALL BE SCHEDULED FOR <u>February 20, 2018, at 2:00 p.m.</u>;

2. Mr. BANI SOLORZANO SHALL file his opposition to the Government's Request for Extradition on or before <u>January 30, 2018</u>; and

3. The government SHALL file its Reply Memorandum on or before <u>February 13, 2018</u>.

1   IT IS SO ORDERED.

2

3   _____        _____
4   Date                    HON. FERNANDO M. OLGUIN
                            UNITED STATES DISTRICT JUDGE
5

6

7   Presented by:

8
    */s Andre J. Townsend*
9   ANDRE J. TOWNSEND
    Deputy Federal Public Defender
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28