HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
ANDRE J. TOWNSEND (Bar No. 310684)
Deputy Federal Public Defender
(E-Mail: Andre_Townsend@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1730
Facsimile: (213) 894-0081

Attorneys for Defendant
BANI SOLORZANO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>BANI SOLORZANO,<br><br>A fugitive from the Government of Canada. | No. 2:17-cv-8797-FMO-PJW<br><br>ORDER SCHEDULING EXTRADITION HEARING AND SETTING BRIEFING SCHEDULE |

HAVING CONSIDERED THE PARTIES' STIPULATION AND FOR GOOD CAUSE SHOWN, the Court hereby ORDERS as follows:

1. The Extradition Hearing SHALL BE SCHEDULED FOR <u>February 20, 2018, at 2:00 p.m.</u>;

2. Mr. BANI SOLORZANO SHALL file his opposition to the Government's Request for Extradition on or before <u>January 30, 2018</u>; and

3. The government SHALL file its Reply Memorandum on or before <u>February 13, 2018</u>.

IT IS SO ORDERED.

_January 19, 2018_____  _____
Date                    HON. PATRICK J. WALSH
                        UNITED STATES MAGISTRATE JUDGE