1  HILARY POTASHNER (Bar No. 167060)
   Federal Public Defender
2  ANDRE J. TOWNSEND (Bar No. 310684)
   Deputy Federal Public Defender
3  (E-Mail: Andre_Townsend@fd.org)
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone:  (213) 894-1730
5  Facsimile:  (213) 894-0081

6  Attorneys for Defendant
   BANI SOLORZANO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| IN THE MATTER OF THE EXTRADITION OF<br><br>BANI SOLORZANO,<br><br>A fugitive from the Government of Canada. | No. 2:17-cv-8797-FMO<br><br>[PROPOSED] ORDER SCHEDULING EXTRADITION HEARING AND SETTING BRIEFING SCHEDULE |
|---|---|

HAVING CONSIDERED THE PARTIES' STIPULATION AND FOR GOOD CAUSE SHOWN, the Court hereby ORDERS as follows:

1. The Extradition Hearing SHALL BE SCHEDULED FOR <u>February 20, 2018, at 2:00 p.m.</u>;

2. Mr. BANI SOLORZANO SHALL file his opposition to the Government's Request for Extradition on or before <u>January 30, 2018</u>; and

3. The government SHALL file its Reply Memorandum on or before <u>February 13, 2018</u>.

1  IT IS SO ORDERED.

2

3  _____           _____
4  Date                       HON. FERNANDO M. OLGUIN
                              UNITED STATES DISTRICT JUDGE
5

6

7  Presented by:

8
   */s Andre J. Townsend*
9  ANDRE J. TOWNSEND
   Deputy Federal Public Defender
10