1  HILARY POTASHNER (Bar No. 167060)
   Federal Public Defender
2  ANDRE J. TOWNSEND (Bar No. 310684)
   Deputy Federal Public Defender
3  (E-Mail: Andre_Townsend@fd.org)
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone: (213) 894-1730
5  Facsimile: (213) 894-0081

6  Attorneys for Defendant
   BANI SOLORZANO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| IN THE MATTER OF THE EXTRADITION OF | Case No. 2:17-cv-8797-FMO-PJW |
|---|---|
| BANI SOLORZANO, | STIPULATION TO SCHEDULE EXTRADITION HEARING AND SET BRIEFING SCHEDULE |
| A fugitive from the Government of Canada. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorney John J. Lulejian, and Relator, BANI SOLORZANO ("SOLORZANO"), by and through his counsel of record, Deputy Federal Public Defender Andre J. Townsend, respectfully request this Court to continue the extradition hearing from February 20, 2018 at 2:00 p.m. to March 14, 2018, at 2:00 p.m. The parties further request this Court to set the following briefing schedule:

//

//

1. Mr. SOLORZANO SHALL file his opposition to the Government's Request for Extradition on or before <u>February 21, 2018</u>; and

2. The government SHALL file its Reply Memorandum on or before <u>March 7, 2018</u>.

This request is supported by the following reasons:

3. Between January 15, 2018 and February 5, 2018, defense counsel has been involved with the investigation and filing of dispositive suppression motions in *United States v. Hernandez*, CR 17-403-SVW, and *United States v. Villa-Hernandez*, CR 16-0023-RHW.

4. During this period, defense counsel was also involved in the investigation and preparation of *United States v. Lindsey*, 17-406-CAS, a two-count involuntary manslaughter case.

5. Defense counsel needs additional time to prepare his response to the government's memorandum in support of extradition.

//
//
//

IT IS SO STIPULATED

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: February 8, 2018    By  */s/ Andre J. Townsend*
                             ANDRE J. TOWNSEND
                             Deputy Federal Public Defender


NICOLA T. HANNA
United States Attorney

DATED: February 8, 2018    By  */s/ John J. Lulejian (e-mail authorization)*
                             John J. Lulejian
                             Assistant United States Attorney