HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
ANDRE J. TOWNSEND (Bar No. 310684)
Deputy Federal Public Defender
(E-Mail: Andre_Townsend@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1730
Facsimile: (213) 894-0081

Attorneys for Defendant
BANI SOLORZANO

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>BANI SOLORZANO,<br><br>A fugitive from the Government of Canada. | Case No. 2:17-cv-8797-FMO-PJW<br><br>[PROPOSED] ORDER SCHEDULING EXTRADITION HEARING AND SETTING BRIEFING SCHEDULE |

HAVING CONSIDERED THE PARTIES' STIPULATION AND FOR GOOD CAUSE SHOWN, the Court hereby ORDERS as follows:

1. The Extradition Hearing SHALL BE SCHEDULED FOR <u>March 14, 2018 at 2:00 p.m.</u>;

2. Mr. BANI SOLORZANO SHALL file his opposition to the Government's Request for Extradition on or before <u>February 21, 2018</u>; and

3. The government SHALL file its Reply Memorandum on or before <u>March 7, 2018</u>.

IT IS SO ORDERED.

_____              _____
Date                             HON. PATRICK J. WALSH
                                 CHIEF MAGISTRATE JUDGE

Presented by:

*/s Andre J. Townsend*
ANDRE J. TOWNSEND
Deputy Federal Public Defender

2