1  HILARY POTASHNER (Bar No. 167060)
   Federal Public Defender
2  ANDRE J. TOWNSEND (Bar No. 310684)
   Deputy Federal Public Defender
3  (E-Mail: Andre_Townsend@fd.org)
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone:  (213) 894-1730
5  Facsimile:  (213) 894-0081

6  Attorneys for Defendant
   BANI SOLORZANO
7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

12  IN THE MATTER OF THE            Case No. 2:17-cv-8797-FMO(PJW)
    EXTRADITION OF
13                                  ORDER SCHEDULING EXTRADITION
    BANI SOLORZANO,                 HEARING AND SETTING BRIEFING
14                                  SCHEDULE

15  A fugitive from the Government of
    Canada.
16

17

18        HAVING CONSIDERED THE PARTIES' STIPULATION AND FOR GOOD

19  CAUSE SHOWN, the Court hereby ORDERS as follows:

20
          1.    The Extradition Hearing SHALL BE SCHEDULED FOR March 14,
21
    2018 at 2:00 p.m.;
22

23
          2.    Mr. BANI SOLORZANO SHALL file his opposition to the
24
    Government's Request for Extradition on or before February 21,
25
    2018; and
26

27
          3.    The government SHALL file its Reply Memorandum on or before
28
    March 7, 2018.

1   IT IS SO ORDERED.

2

3   _February 9, 2018____
    Date                                    HON. PATRICK J. WALSH
4                                           CHIEF MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2