NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0721
     Facsimile: (213) 894-0141
     E-mail:    John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 17-8797 FMO (PJW) |
|---|---|
| Plaintiff, | GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION TO DISMISS COMPLAINT FOR ARREST WARRANT AND EXTRADITION AND REQUEST FOR EXTRADITION AND TRANSFER FUGITIVE TO CUSTODY OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DECLARATION OF JOHN J. LULEJIAN |
| v. | |
| BANI SOLORZANO, | |
| A Fugitive from the Government of Canada. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney John J. Lulejian, hereby applies ex parte for an order that dismisses the Government's Complaint for Arrest Warrant (Docket No. 1) and Request for Extradition (Docket No. 24) and orders the United States Marshal Service to transfer custody of the fugitive, BANI SOLORZANO ("SOLORZANO"), to Immigration and Customs Enforcement.

SOLORZANO does not oppose the ex parte application.

This unopposed ex parte application is based upon the attached Declaration of John J. Lulejian, and any arguments made by the government at the March 14, 2018, Extradition Hearing.

Dated: March 14, 2018

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

/s/ John J. Lulejian
JOHN J. LULEJIAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

**DECLARATION OF JOHN J. LULEJIAN**

I, John J. Lulejian, declare as follows:

1. I am an Assistant United States Attorney and have been assigned to represent the government in the Matter of the Extradition of BANI SOLORZANO ("SOLORZANO"), a fugitive from the Government of Canada. I make this declaration in support of the government's Unopposed Ex Parte Application to Dismiss Complaint for Arrest Warrant and Extradition and Request for Extradition and Transfer Fugitive to Custody of U.S. Immigration and Customs Enforcement.

2. SOLORZANO is currently detained in the custody of the United States Marshals Service pending the resolution of this extradition proceeding.

3. I am informed and believe that on March 14, 2018, the Government of Canada informed the United States that it is in the process of transmitting a diplomatic note withdrawing its request for the extradition of SOLORZANO. Given the withdrawal of the request, the United States no longer has an obligation to extradite SOLORZANO pursuant to the Treaty on Extradition Between the United States of America and Canada, U.S.-Can., Dec. 3, 1971, 27 U.S.T. 983; Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 11, 1988, S. Treaty Doc. No. 101-17 (1990); and Second Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 12, 2001, S. Treaty Doc. No. 107-11 (2002). Accordingly, the United States respectfully requests that the Court dismiss the Complaint for Warrant and Extradition (Docket No. 1), filed on October 26, 2017, and Request for Extradition (Docket No. 24), filed on November 29, 2017.

4.   I am informed and believe that SOLORZANO, a Guatemalan national, is illegally in the United States, and is subject to an Immigration Detainer.  Therefore, the United States respectfully requests that the Court order the United States Marshal Service to transfer custody of SOLORAZANO to U.S. Immigration and Customs Enforcement forthwith.

5.   On March 14, 2018, I informed SOLORZANO's attorney, Deputy Federal Public Defender Andre J. Townsend, of Canada's decision to withdraw its request for extradition and the instant <u>ex parte</u> application.  He informed me that SOLORZANO does not object to this <u>ex parte</u> application.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this <u>14th</u> day of March 2018, at Los Angeles, California.

*/s/ John J. Lulejian*
JOHN J. LULEJIAN

2