```
 1  NICOLA T. HANNA
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    JOHN J. LULEJIAN (Cal. Bar No. 186783)
 4  Assistant United States Attorney
         1200 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California 90012
 6       Telephone:  (213) 894-0721
         Facsimile:  (213) 894-0141
 7       E-mail:     John.Lulejian@usdoj.gov

 8  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 9
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 17-8797 FMO (PJW) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| BANI SOLORZANO, | |
| A Fugitive from the Government of Canada. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

    1.    The government's Unopposed <u>Ex Parte</u> Application to Dismiss Complaint for Arrest Warrant and Extradition and Request for Extradition and Transfer Fugitive to Custody of U.S. Immigration and Customs Enforcement is GRANTED;

    2.    The government's Complaint for Arrest Warrant and Extradition (Docket No. 1) is HEREBY DISMISSED;

    3.    The government's Request for Extradition (Docket No. 24) is HEREBY DISMISSED; and

    4.   The United States Marshals Service is HEREBY ORDERED TO TRANSFER custody of BANI SOLORZANO to U.S. Immigration and Customs Enforcement.

_____             _____
Date                                                HONORABLE PATRICK J. WALSH
                                                           Chief United States Magistrate Judge

Presented by:

*/s John J. Lulejian*
JOHN J. LULEJIAN
Assistant United States Attorney

2