UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-8797-FMO(PJW) | Date | March 14, 2018 |
|---|---|---|---|
| Title | UNITED STATES OF AMERICA v. BANI SOLORZANO | | |

| Present: The Honorable | Patrick J. Walsh, Chief United States Magistrate Judge |
|---|---|
| Isabel Martinez | Court Smart 3/14/18 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Fugitive: |
| AUSA John J. Lulejian | DFPD Andre Townsend |

**Proceedings:**     **EXTRADITION HEARING**

Case called. Counsel make their appearances. The fugitive is present and represented by counsel.

The Government files an Unopposed Ex Parte Application to Dismiss Complaint for Arrest Warrant and Extradition and Request for Extradition and Transfer Fugitive to Custody of U.S. Immigration and Customs Enforcement . The Court grants the Application. The case is dismissed. See Order.

| | : | 10 |
|---|---|---|
| Initials of Preparer | IM | |