1  NICOLA T. HANNA                                               JS-6
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   JOHN J. LULEJIAN (Cal. Bar No. 186783)
4  Assistant United States Attorney
        1200 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-0721
        Facsimile: (213) 894-0141
7       E-mail:    John.Lulejian@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
9

10                    UNITED STATES DISTRICT COURT

11                FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,          | No. CV 17-8797 FMO (PJW)
13 |      Plaintiff,                    | ORDER
14 |           v.                       |
15 | BANI SOLORZANO,                    |
16 |      A Fugitive from the           |
   |      Government of Canada.         |
17

18

19 For good cause shown, IT IS HEREBY ORDERED THAT:

20      1.   The government's Unopposed Ex Parte Application to Dismiss

21 Complaint for Arrest Warrant and Extradition and Request for

22 Extradition and Transfer Fugitive to Custody of U.S. Immigration and

23 Customs Enforcement is GRANTED;

24      2.   The government's Complaint for Arrest Warrant and

25 Extradition (Docket No. 1) is HEREBY DISMISSED;

26      3.   The government's Request for Extradition (Docket No. 24) is

27 HEREBY DISMISSED; and

28      **cc: USM**

4.   The United States Marshals Service is HEREBY ORDERED TO
TRANSFER custody of BANI SOLORZANO to U.S. Immigration and Customs
Enforcement.

March 14, 2018
Date                                HONORABLE PATRICK J. WALSH
                                    Chief United States Magistrate Judge

Presented by:

*/s John J. Lulejian*
JOHN J. LULEJIAN
Assistant United States Attorney