**AO 436** (Rev. 04/13)
*Read Instructions.*

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
## AUDIO RECORDING ORDER

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 14 2018
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| # | Field | Value |
|---|---|---|
| 1 | NAME | Silvia Y. Solorzano |
| 2 | PHONE NUMBER | (661) 576-8280 |
| 3 | EMAIL ADDRESS | yunizano13@gmail.com |
| 4 | MAILING ADDRESS | 36742 James Pl. |
| 5 | CITY | Palmdale |
| 6 | STATE | CA |
| 7 | ZIP CODE | 93550 |
| 8 | CASE NUMBER | 2:17-cv-08797-FMO-PJW |
| 9 | CASE NAME | USA v. Bani Solorzano |
| 10 | FROM | 6/14/2018 |
| 11 | TO | 6/14/2018 |
| 12 | PRESIDING JUDGE | Patrick J. Walsh |
| 13 | CITY | Los Angeles |
| 14 | STATE | CA |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [x] OTHER (Specify) Immigration

**16. AUDIO RECORDING REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Specify) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Entire proceeding for 3/14/18 | 3/14/2018 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| [ ] DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| [x] RECORDABLE COMPACT DISC - CD | 1 | |
| [ ] ELECTRONIC FILE (via email, digital download, or other Judicial Conference Approved Media) | | |
| ESTIMATE TOTAL | | 0.00 |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

18. SIGNATURE: *[signature]*
19. DATE: 06-14-18

| PROCESSED BY | | | | PHONE NUMBER | |
|---|---|---|---|---|---|
| | DATE | BY | | | |
| ORDER RECEIVED | | | DEPOSIT PAID | | |
| DEPOSIT PAID | | | TOTAL CHARGES | | 0.00 |
| TAPE / CD DUPLICATED (if applicable) | | | LESS DEPOSIT | | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD (if applicable) | | | TOTAL REFUNDED | | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | | 0.00 |

DISTRIBUTION:   COURT COPY   ORDER RECEIPT   ORDER COPY